**UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

RFFC Financial, LLC
   *Plaintiff(s),*

v.                                                                              Case No. 4:24−cv−02546

Bear Arms Defense Corporation by serving its Registered Agent Michael Waddington, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:  **2/4/2026**

TIME:  **01:30 PM**

HAS BEEN SET BEFORE

### JUDGE KEITH P. ELLISON

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING, PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                     Date: January 21, 2026

By Deputy Clerk, A. Rivera